| HCDistrictclerk.com | ROGERS, ERNEST vs. MORTGAGE SOLUTIONS OF COLORADO LLC (D/B/A MORTGAGE SOLUTIONS | 6/30/2023 |
|---|---|---|

Cause: 202334351     CDI: 7     Court: 113

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 108524848 | ORDER SETTING BOND SIGNED | | 06/05/2023 | 3 |
| | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | 06/05/2023 | |
| | ORDER SIGNED SETTING HEARING | | 06/05/2023 | |
| 108589864 | Clerks Certificate of Cash Deposit in Lieu of Injunction Bond Per Order of the Court | | 06/05/2023 | 1 |
| 108489074 | Plaintiffs Original Petition Application for Injunctive Relief and Request for Disclosures | | 06/02/2023 | 10 |
| ·> 108489075 | Declaration/Verification of Ernest Rogers | | 06/02/2023 | 1 |
| ·> 108489076 | Proposed Order | | 06/02/2023 | 3 |



**EXHIBIT "D"**